IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

WILLIAM CHRISTOPHER LINDSEY                                                              PLAINTIFF

v.                              Civil No. 3:21-cv-03028

CAPTAIN J. LOOKINGBILL;
NURSE KAFFMAN; and
LIEUTENANT HERRING                                                                       DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

This is a civil rights action filed by the Plaintiff, William C. Lindsey ("Lindsey"), pursuant to 42 U.S.C. § 1983. Lindsey proceeds *pro se* and *in forma pauperis* ("IFP"). Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3), the Honorable Timothy L. Brooks, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

**I.     DISCUSSION**

Lindsey was incarcerated when he filed this action. (ECF No. 1). He was initially granted IFP status (ECF No. 3), and his custodian was directed to collect the $350 filing fee. On June 1, 2021, Lindsey notified (ECF No. 14) of his new address in Eagle Rock, Missouri. The Court's policy is to require newly released individuals to either pay the balance of the filing fee due or submit an IFP application to determine if they still qualify for IFP status. In accordance with that policy, an Order (ECF No. 17) was entered on June 2, 2021, requiring Lindsey to pay the balance of the filing fee or resubmit an IFP application by June 23, 2021. Lindsey was advised that failure to comply with the Order "shall result" in the dismissal of the case. Lindsey did not respond in any way to the Order (ECF No. 17).

1

On June 29, 2021, a Show Cause Order (ECF No. 18) was entered. Lindsey was given until July 20, 2021, to show cause why he failed to obey the Order of the Court. Lindsey was advised that if he failed to respond to the Show Cause Order the case shall be subject to dismissal.

To date, Plaintiff has not paid the balance of the filing fee, submitted a new IFP application, or responded to either the initial Order or to the Show Cause Order. He has not requested an extension of time to file his responses. No mail has been returned as undeliverable. Lindsey has failed to comply with the Court's Orders. (ECF Nos. 17, 18).

The Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the ground that the plaintiff failed to prosecute or failed to comply with an order of the court. Fed. R. Civ. P. 41(b); *Line v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (stating that the district court possesses the power to dismiss *sua sponte* under Rule 41(b)). Pursuant to Rule 41(b), a district court has the power to dismiss an action based on "the plaintiff's failure to comply with *any* court order." *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (emphasis added). Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to monitor the case, and to prosecute or defend the action diligently.

## II. CONCLUSION

For these reasons, it is recommended, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, that Lindsey's Complaint (ECF No. 1) be **DISMISSED WITHOUT PREJUDICE** based on his failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties**

**are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 2nd day of August 2021.

/s/ *Mark E. Ford*

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE